UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ELKY WOSNER, on behalf of herself and all others similarly situated,

                          Plaintiffs,

vs.

NATIONWIDE CREDIT, INC.,

                          Defendant.

---------------------------------------------------------------x

Case No.: 1:20-cv-03785-BMC

**STIPULATION OF DISMISSAL AND ORDER**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Nationwide Credit, Inc. shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  February 1, 2021            **COHEN & MIZRAHI LLP**

                                                        */s/ Joseph H. Mizrahi*
                                                       JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JONATHAN B. WEISS
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone:  929/575-4175
929/575-4195 (fax)
joseph@cml.legal
jonathan@cml.legal

*Attorneys for Plaintiff Elky Wosner*

| | |
|---|---|
| DATED: February 1, 2021 | **SESSIONS, ISRAEL & SHARTLE, LLC** |
| | |
| | _/s/ Aaron R. Easley, with consent_ |
| | AARON R. EASLEY |
| | |
| | AARON R. EASLEY |
| | 3 Cross Creek Drive |
| | Flemington, NJ 08822 |
| | Telephone: 908/237-1660 |
| | 908/237-1663 (fax) |
| | aeasley@sessions.legal |
| | |
| | *Attorneys for Defendant Nationwide Credit, Inc.* |

SO ORDERED: 2/5/2021

Digitally signed by Brian M. Cogan
_____
JUDGE, U.S. District Court
Eastern District of New York